# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Gregory Alan Adams            Docket No. 5:09-CR-120-1D

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gregory Alan Adams, who, upon an earlier plea of guilty to Possession of a Stolen Firearm, in violation of 18 U.S.C. § 922(j) and § 924, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on December 15, 2009, to the custody of the Bureau of Prisons for a term of 9 months. It was further ordered the defendant receive credit for time served as determined by the Bureau of Prisons and any remaining time be served in a halfway house in Wilmington, North Carolina. Upon release from imprisonment the defendant was to be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall undergo placement in a community corrections center located at the halfway house in Wilmington, North Carolina- Bannum Place. The defendant shall abide by all conditions and terms of the program. The defendant shall receive mental health assessment and evaluation while in the halfway house.

4. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

5. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

6. The defendant shall cooperate in the collection of DNA as directed by probation.

Gregory Alan Adams was released from custody on January 6, 2010, at which time the term of supervised release commenced. Since the Bureau of Prisons had determined the defendant had satisfied his period of incarceration he was not required to undergo placement in the community corrections center, Bannum Place of Wilmington.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 24, 2010, the releasee submitted a urine specimen which revealed positive results for marijuana. He denied the use of any drugs. The regional laboratory confirmed the positive result for marijuana on June 1, 2010.

During subsequent questioning, the releasee admitted he had attended a party on May 21, 2010, at which time he ate some brownies. He later learned the brownies contained marijuana. The releasee was remorseful and adamantly denied he intentionally used illegal drugs. He was verbally warned and instructed to refrain from attending parties outside family or people that he knows. The releasee is currently participating in the Surprise Urinalysis Program as well as mental health and outpatient substance abuse treatment.

Since Mr. Adam's release he has been unable to obtain satisfactory employment. Based on his need for assistance in this area, we requested he sign a waiver to allow modification of his conditions to include special conditions of vocational services, educational services and participation in a cognitive behavioral program. These programs may be beneficial in preparing the releasee for employment as well as teaching him to make the correct decisions to maintain employment once hired. The releasee will serve two days in jail as part of the DROPS condition, which serves as a sanction for his drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a vocational services program as directed by the probation office. Such program may include job readiness training and skills development training.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Gregory Alan Adams
Docket No. 5:09-CR-120-1D
Petition For Action
Page 3

3. The offender shall participate in an educational services program as directed by the probation officer. Such programs may include GED preparation, English as a Second Language class, and classes designed to improve the offender's proficiency in skills such as reading, writing, mathematics, or computer use.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: (910) 815-4857
Executed On: June 23, 2010

### ORDER OF COURT

Considered and ordered this __23__ day of __June__, 2010, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge